No. 3564.—Oliver, aplte., v. Hon. M. Rodríguez Serra, apdo.—C. D. Ponce. Julio 16, 1925. *Certiorari.*

Por cuanto el apelante adquirió la propiedad en controversia sujeta a una notificación de *lis pendens* debidamente inscrita, y

Por cuanto el apelante fué notificado formalmente de los procedimientos en la misma, de que ahora se queja y en vez de aprovechar la oportunidad que de tal modo se le ofrecía de comparecer ante esa corte, prefirió esperar a que se dictara sentencia final para después atacar el procedimiento mediante *certiorari* en la corte de distrito, y

Por cuanto la cuantía envuelta es tan insignificante que si se hubiera interpuesto la apelación contra la sentencia dictada por la corte municipal, no procedería una segunda apelación, y

Por cuanto el alegato del apelante no contiene ningún señalamiento de error por separado como lo exige el reglamento de esta corte y repetidamente se ha dicho en numerosas decisiones en los últimos años,

Por tanto, *se confirma* la sentencia apelada.